RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN D. PUGH
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Brian_Pugh@fd.org

Attorney for Jermaine Richardson

**United States District Court
District of Nevada**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jermaine Richardson,<br><br>　　　　　Defendant. | Case No. 2:24-cr-0115-GMN-EJY<br><br>**Unopposed Motion to Unseal Documents** |

　　　　Defendant Jermaine Richardson moves this Court to unseal documents that are necessary for undersigned counsel to prepare Mr. Richardson's defense. To conduct a thorough review of the relevant discovery in this matter and to provide effective assistance of counsel to Mr. Richardson, undersigned counsel requests the Court order the Clerk's office to unseal the executed arrest warrant that is currently filed under seal on the docket in this case.

　　　　"It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., L.L.C.*, 809 F.3d 1092, 1096 (9th Cir. 2016) (cleaned up). "[F]ilings under seal" can "interfere" with this right to "open, public access to judicial records and documents." *United States v.*

*Sleugh*, 896 F.3d 1007, 1012 (9th Cir. 2018) (collecting cases). To fully protect this right, courts must "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Filings can remain under seal only if a "compelling reason" supports such a determination. *See Sleugh*, 896 F.3d at 1013 (cleaned up).

  A compelling reason does not exist here for the executed warrant to remain under seal. Mr. Richardson has already been arrested and is in custody. The indictment has been returned. There is no further reason to keep the executed warrant sealed. The executed warrant includes discoverable information pertinent to the case against Mr. Richardson, including the time, date, and location of Mr. Richardson's arrest by the United States Marshals' Service. And the undersigned has contacted counsel for the government, Assistant United States Attorney Lauren Ibanez, who relayed that the government does not oppose this motion.

  For these reasons, undersigned counsel requests that the Court order the Clerk's office to unseal the executed arrest warrant.

**Dated:** August 6, 2024

> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
> By:  *s/ Brian D. Pugh*
> Brian D. Pugh
> Assistant Federal Public Defender
> Attorney for Jermaine Richardson

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: August 7, 2024

2